**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MARIA ORR,<br><br>    Petitioner,<br><br> vs.<br><br>MARY LATTIMORE, WARDEN,<br><br>    Respondent. | CASE NO. CV 08-07527 SGL (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 29, 2009

                     */s/ S.G. Larson*
                     STEPHEN G. LARSON
                     UNITED STATES DISTRICT JUDGE