O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MARIA ORR, ) | CASE NO. CV 08-07527 SGL (RZ) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| MARY LATTIMORE, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of CONNIE MARIA ORR, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 29, 2009

*S.G. Larson*
_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE